IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARLENE BAUMANN, TOBY HOY and ROBIN TAYLOR, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Civil Action No.<br>1:21-cv-04696 |

## STIPULATION OF DISMISSAL

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs.


Dated: May 9, 2022	PLAINTIFFS,

　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　Anthony I. Paronich (*pro hac vice*)
　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400

                    Hingham, MA 02043
                    (508) 221-1510
                    anthony@paronichlaw.com

Dated: May 9, 2022        DEFENDANT,

                    By:

                    */s/ Becca J. Wahlquist*
                    Becca J. Wahlquist (*pro hac vice*)
                    Kelley Drye & Warren LLP
                    350 South Grand Avenue, Suite 3800
                    Los Angeles, CA 90071
                    (213) 547-4900
                    bwahlquist@kelleydrye.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

                    */s/ Anthony I. Paronich*
                    Anthony I. Paronich